# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kenneth Nelson,

Plaintiff(s),

v.

Bruce R. Schutz and Jon K Rodgers,

Defendant(s).

Case No. 15 C 8560
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed for want of prosecution for failure to obey this court's 9/14/2016 order granting defendants' motion to compel.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion

Date: 2/7/2017                                         Thomas G. Bruton, Clerk of Court

                                                      Wanda Parker , Deputy Clerk